THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Maurice M.
 Davis, Appellant.
 
 
 

Appeal From Richland County
  Diane Schafer Goodstein, Circuit Court
Judge

Unpublished Opinion No.  2008-UP-410
 Submitted July 1, 2008  Filed July 18,
2008  

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Maurice
 M. Davis appeals his guilty plea to criminal domestic violence of a high and
 aggravated nature and sentence. He argues the plea court erred by failing to
 inform him a guilty plea would waive his right to present a defense in this
 case.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Daviss appeal and grant counsels motion to be relieved.   
APPEAL
 DISMISSED.
HEARN, C.J.,
CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.